In the Matter of DEBORAH BUSH, Appellant, v DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted July 25, 2011; decided September 13, 2011

Motion for reargument of motion for leave to appeal denied (*see* 17 NY3d 786 [2011]).

In the Matter of CHEYENNE M., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHARLIE M., Appellant, et al., Respondent.

Submitted June 13, 2011; decided September 13, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

CHARLES L. DAVIS, Appellant, v RUSSELL FIRMAN, M.D., et al., Respondents.

Submitted June 20, 2011; decided September 13, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.